IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LARRY WELCH, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 120-063 |
| | ) |
| SHERIFF RICHARD ROUNDTREE; | ) |
| MAJOR JACK FRANSICO; | ) |
| JUDGE JOHN FLYTHE; DISTRICT | ) |
| ATTORNEY MARK SHAEFER; | ) |
| PUBLIC DEFENDER JAMES TODD | ) |
| MITCHELL; and OFFICER RONALD | ) |
| W. BLANSON, JR., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted and **CLOSES** this civil action.

SO ORDERED this 11th day of August, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA