AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LARRY WELCH, JR.,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-063

SHERIFF RICHARD ROUNDTREE; MAJOR JACK FRANSICO; JUDGE JOHN FLYTHE; DISTRICT ATTORNEY MARK SHAEFER; PUBLIC DEFENDER JAMES TODD MITCHELL; and OFFICER RONALD W. BLANSON, JR.,

       Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 11, 2020, the Report and Recommendation of the Magistrate Judge is hereby ADOPTED as the Court's opinion; therefore, Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief may be granted. This action stands CLOSED.



| 08/11/2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03